940

No. 264, Misc. HENDREX v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se.* *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 285, Misc. O'BRIEN v. PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 287, Misc. O'BRIEN v. HURLEY. Supreme Judicial Court of Massachusetts. Certiorari denied.

No. 291, Misc. RIOLA v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 292, Misc. SATCHELL v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 296, Misc. SCASSERRA v. MARONEY, ACTING WARDEN. Supreme Court of Pennsylvania, Middle District. Certiorari denied.

No. 298, Misc. WIGGINS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 302, Misc. MEEK v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 305, Misc. MAHURIN v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 306, Misc. HORTON v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.